IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY PORTER,

    Plaintiff,

v.

CYNTHIA M. THORPE, LORI ALSUM,
DR. DALIA D. SULIENE,
STEVE HELGERSON,
DARCI BURRESON and JENNIFER NICKEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-749-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Lori Alsum and Darci Burreson; and

    (2) granting Cynthia M. Thorpe, Jennifer Nickel, Steve Helgerson and Dr. Dalia D. Suliene's motion for summary judgment and dismissing this case.

_____     _5/13/13_
Peter Oppeneer, Clerk of Court           Date